UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RUDOLPH M. PETRITZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting<br>　Commissioner of the Social<br>　Security Administration,<br><br>　　　　　　Defendant. | Case No. CV-21-03-BU-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

　　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED  The Commissioner's decision to deny Petritz's claim for disability and disability insurance benefits is AFFIRMED.

　　Dated this 28th day of December, 2021.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ Traci Orthman
　　　　　　　　　　　　Traci Orthman, Deputy Clerk